# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

WILLIAM JAMES DIESTEL,

      Petitioner - Appellant,

v.

REGINALD HINES, Warden, Lexington
Correctional Center, Lexington,
Oklahoma,

      Respondent - Appellee.

No. 06-7070
(D.C. NO. 03-CV-170-JHP)

---

JUDGMENT

Filed November 1, 2007

---

Before **HENRY**, **LUCERO**, and **HARTZ**, Circuit Judges.

---

This case originated in the Eastern District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk